## LINDA AYRES v. UNITED METHODIST HOME OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Linda Ayres*, pro se, in support of the petition.

Decided October 22, 1997

## STATE OF CONNECTICUT v. EDWARD T. CAPRILOZZI

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 455 (AC 15211), is denied.

*F. Mac Buckley*, in support of the petition.

*Peter A. McShane*, assistant state's attorney, in opposition.

Decided October 22, 1997

## STATE OF CONNECTICUT v. EDWARD WEARING

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 741 (AC 15214), is denied.

*Lawrence R. Pellett*, special public defender, in support of the petition.

Decided October 22, 1997

## RICHARD B. POLIVY v. AIR ONE, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 573 (AC 15926), is denied.